United States District Court
EASTERN DISTRICT OF NEW YORK

-----------------------------------------X

In re the Seizure of:

A SUM OF FUNDS NOT TO EXCEED
$82,370.00 HELD AT JP MORGAN CHASE
BANK ACCOUNT NUMBER 898259585 HELD
IN THE NAME OF ELIECER MARTINEZ AND
A SUM OF FUNDS NOT TO EXCEED
$492,200.00 HELD AT JP MORGAN CHASE
BANK ACCOUNT NUMBER 829160241
HELD IN THE NAME OF
E & M IMPORTS, INC.;

**SEIZURE WARRANT**

**MAGISTRATE #**_____

**M-11-639**

-----------------------------------------X

**TO: The United States Department of Homeland Security and any Duly Authorized Officer or Contractor of the United States:**

An affidavit having been made before me by Special Agent Graham Klein of the Department of Homeland Security, who has reason to believe that the property listed above is subject to forfeiture to the United States, namely: A sum of funds not to exceed $82,370.00 held at JP Morgan Chase Bank Account Number 898259585 held in the name of Eliecer Martinez and a sum of funds not to exceed $492,200.00 held at JP Morgan Chase Bank Account Number 829160241 held in the name of E & M Imports, Inc.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 31 U.S.C. § 5317.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, by serving this warrant and making the seizure (in the daytime - 5:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law.

THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the United States Department of Homeland Security with the current account balance, and continue to accrue any deposits, interest, dividends, and any other amount credited to said account until the specified amounts have been provided to law enforcement agents. The above-referenced financial institution is further directed to provide the United States Department of Homeland Security with the current address on file for the holder of the account.

Dated: Brooklyn, New York
       June 21, 2011
Time: 4:50 pm

_____
Honorable Viktor V. Pohorelsky
United States Magistrate Judge

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 6/21/11 | DATE AND TIME OF WARRANT EXECUTED 6/21/11 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

JPMC BANK ACCT #          AMOUNT SEIZED

8982595ᴇ5                 $2,368.47

829160241                 $26,704.38

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

7. C˰

U.S. Judge or Magistrate  *Deputy Clerk*          Date